IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT D. KATHERINE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 10-cv-4944 |
| MICHAEL J. ASTRUE, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 11th day of April, 2011, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Defendant's Motion for Remand (Docket No. 12) is GRANTED.

3. Plaintiff's Request for Review is GRANTED.

4. This matter is REMANDED to the Commissioner for further development of the record and a new decision.

**FILED**

APR 12 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BY THE COURT:

_____
C. DARNELL JONES, II, U.S.D.J.